# Order

**Michigan Supreme
Court
Lansing, Michigan**

February 10, 2015

Robert P. Young, Jr.,
Chief Justice

150215(57)

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

THERESA MODZELEWSKI-SHEKOSKI, Personal
Representative of the ESTATE OF MICHAEL
RAYMOND SHEKOSKI,
        Plaintiff-Appellee,

v

MICHAEL GARRETT BINDIG, and ALLIED
EXCAVATION, INC.,
        Defendants-Appellants.
_____/

SC: 150215
COA: 314830
Macomb CC: 2010-001959-NI

      On order of the Chief Justice, the motions of the defendants-appellants to extend the time to file their reply brief and to exceed the page limit of MCR 7.302(E) are GRANTED. The 17-page reply brief submitted on January 29, 2015, is accepted for filing.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 10, 2015

